No. 140.   DAVID LAMAR ET AL. *v.* UNITED STATES. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted December 6, 1920. Decided December 13, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Macfadden* v. *United States,* 213 U. S. 288. And see *Boise Water Co.* v. *Boise City,* 230 U. S. 98, 100; *Chott* v. *Ewing,* 237 U. S. 197; *Alaska Pacific Fisheries* v. *Alaska,* 249 U. S. 53, 60–61. *Mr. Elijah N. Zoline* for plaintiffs in error. *The Solicitor General* and *Mr. Henry S. Mitchell* for the United States.

No. 164.   TRUMAN A. KETCHUM *v.* PLEASANT VALLEY COAL COMPANY ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted December 6, 1920. Decided December 13, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Shulthis* v. *McDougal,* 225 U. S. 561, 568; *Hull* v. *Burr,* 234 U. S. 712, 720; *L. & N. R. R. Co.* v. *Western Union Telegraph Co.,* 237 U. S. 300, 302; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. (2) *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526, 530; *Devine* v. *Los Angeles,* 202 U. S. 313, 333; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577, 578; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. E. A. Walton* and *Mr. Charles C. Dey* for appellant. *Mr. William W. Ray* for appellees.